**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-20149**
**Summary Calendar**

**MEHDI RAHIMI,**

**Plaintiff-Appellant,**

**VERSUS**

**SEARS ROEBUCK AND COMPANY,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Southern District of Texas

(H-99-CV-274)

April 22, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

In January 1999, Mehdi Rahimi (plaintiff acting pro se) filed his original complaint against Sears Roebuck & Company (defendant), his former employer, seeking recovery for his wrongful discharge because of age discrimination, race and national origin

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discrimination, and wrongful discharge under ERISA. In March 2000, defendant filed its Motion for Summary Judgment seeking dismissal of all plaintiff's claims and asserting that plaintiff was terminated because of violations and abuses by plaintiff and his wife of defendant's coupon policy offered for each of the four weeks between Thanksgiving and Christmas and because plaintiff refused to participate in an investigation of these improper activities. The controversy was referred to magistrate judge for report and recommendation which was issued in September 2000, and recommended summary judgment in favor of defendant on all of plaintiff's claims. In January 2001, the district court reviewed and adopted the Memorandum and Recommendations of the magistrate judge. Plaintiff appeals to this Court.

We have carefully reviewed the briefs, the reply brief of appellant, the record excerpts and relevant portions of the record itself. For the reasons stated by the magistrate judge in her Report and Recommendation, we affirm the decision of the district court to grant summary judgment in favor of defendant.

**AFFIRMED.**